UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| FRANK M. CASTON, II, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:07-cv-471-DFH-TAB |
| | ) | |
| V. A. HOSPITAL, | ) | |
| | ) | |
| Defendant. | ) | |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed with prejudice.**

DAVID F. HAMILTON, Judge
United States District Court

Date:  6/6/2007

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

Distribution:

Frank M. Caston, II
1309 N. Pennsylvania
Apt. 20
Indianapolis, IN 46202